**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7196**

———————

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

        v.

APRIL NICOLE GARRETT,

             Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry M. Herlong, Jr., Senior
District Judge.  (7:07-cr-01463-HMH-1; 7:12-cv-00966-HMH)

———————

Submitted:  November 2, 2012        Decided:  November 6, 2012

———————

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

April Nicole Garrett, Appellant Pro Se.  David Calhoun Stephens,
Assistant United States Attorney, Greenville, South Carolina,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

April Nicole Garrett seeks to appeal the district court's order denying relief on her 28 U.S.C.A. § 2255 (West Supp. 2012) motion. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on April 12, 2012. The notice of appeal was filed, at the earliest, on July 11, 2012. Because Garrett failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2